UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TYRONE FLETCHER | * | CIVIL ACTION |
| VERSUS | * | NO. 23-2002 |
| LOUISIANA STATE, ET AL. | * | SECTION "J" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Fletcher's § 1983 claims against defendants Officer Chad Spindel, the Kenner Police Department, "Other Unknown Defendants," and Police Chief Keith Conley be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A as frivolous and for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 18th day of October, 2023.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE